UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAX TORRES-MAGGIO,
Plaintiff,

v.

JOSHUA MIGUEL WEST,
KENNDY SMITH-JACKSON,
JONAH SHAMOON,
DESTINY DEXTER,
CABRIA NELSON,
and
SAMAGGIO XANDEN a/k/a KINO PUTIYA,
Defendants.

Case No.: _____

SUMMONS IN A CIVIL ACTION

TO: SAMAGGIO XANDEN a/k/a KINO PUTIYA
Address: 20 Livingston Avenue, Unit 1001, New Brunswick, NJ 08901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff:

Max Torres-Maggio
3221 Sabal Palm Manor
Hollywood, FL 33024
Phone: 954-477-2624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

The complaint includes claims for Defamation Per Se, Civil Conspiracy, Intentional Infliction of Emotional Distress, Misuse of Emergency Services, False Light Invasion of Privacy, and Public Disclosure of Private Facts (Doxing).

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

_____
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


MAX TORRES-MAGGIO,
Plaintiff,

v.

JOSHUA MIGUEL WEST,
KENNDY SMITH-JACKSON,
JONAH SHAMOON,
DESTINY DEXTER,
CABRIA NELSON,
and
SAMAGGIO XANDEN a/k/a KINO PUTIYA,
Defendants.

Case No.: _____


SUMMONS IN A CIVIL ACTION


TO: KENNDY SMITH-JACKSON
Address: 123 Preakness Dr, Alpharetta, GA 30022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —
or 60 days if you are the United States or a United States agency — you must serve on the
plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules
of Civil Procedure.

The answer or motion must be served on the plaintiff:

Max Torres-Maggio
3221 Sabal Palm Manor
Hollywood, FL 33024
Phone: 954-477-2624

If you fail to respond, judgment by default will be entered against you for the relief demanded
in the complaint.

The complaint includes claims for Defamation Per Se, Civil Conspiracy, Intentional Infliction of
Emotional Distress, Misuse of Emergency Services, False Light Invasion of Privacy, and
Public Disclosure of Private Facts (Doxing).

CLERK OF COURT


_____
Signature of Clerk or Deputy Clerk


_____
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAX TORRES-MAGGIO,
Plaintiff,

v.

JOSHUA MIGUEL WEST,
KENNDY SMITH-JACKSON,
JONAH SHAMOON,
DESTINY DEXTER,
CABRIA NELSON,
and
SAMAGGIO XANDEN a/k/a KINO PUTIYA,
Defendants.

Case No.: _____

SUMMONS IN A CIVIL ACTION

TO: JOSHUA MIGUEL WEST
Address: 63 Carriage Ln Apt C, Destrehan, LA 70047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —
or 60 days if you are the United States or a United States agency — you must serve on the
plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules
of Civil Procedure.

The answer or motion must be served on the plaintiff:

Max Torres-Maggio
3221 Sabal Palm Manor
Hollywood, FL 33024
Phone: 954-477-2624

If you fail to respond, judgment by default will be entered against you for the relief demanded
in the complaint.

The complaint includes claims for Defamation Per Se, Civil Conspiracy, Intentional Infliction of
Emotional Distress, Misuse of Emergency Services, False Light Invasion of Privacy, and
Public Disclosure of Private Facts (Doxing).

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

_____
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAX TORRES-MAGGIO,
Plaintiff,

v.

JOSHUA MIGUEL WEST,
KENNDY SMITH-JACKSON,
JONAH SHAMOON,
DESTINY DEXTER,
CABRIA NELSON,
and
SAMAGGIO XANDEN a/k/a KINO PUTIYA,
Defendants.

Case No.: _____

SUMMONS IN A CIVIL ACTION

TO: CABRIA NELSON
Address: 5159 Coloma Ct, Indianapolis, IN 46235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff:

Max Torres-Maggio
3221 Sabal Palm Manor
Hollywood, FL 33024
Phone: 954-477-2624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

The complaint includes claims for Defamation Per Se, Civil Conspiracy, Intentional Infliction of Emotional Distress, Misuse of Emergency Services, False Light Invasion of Privacy, and Public Disclosure of Private Facts (Doxing).

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

_____
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAX TORRES-MAGGIO,
Plaintiff,

v.

JOSHUA MIGUEL WEST,
KENNDY SMITH-JACKSON,
JONAH SHAMOON,
DESTINY DEXTER,
CABRIA NELSON,
and
SAMAGGIO XANDEN a/k/a KINO PUTIYA,
Defendants.

Case No.: _____

SUMMONS IN A CIVIL ACTION

TO: JONAH SHAMOON
Address: 6323 W Belmont Ave #2, Chicago, IL 60634

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff:

Max Torres-Maggio
3221 Sabal Palm Manor
Hollywood, FL 33024
Phone: 954-477-2624

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

The complaint includes claims for Defamation Per Se, Civil Conspiracy, Intentional Infliction of Emotional Distress, Misuse of Emergency Services, False Light Invasion of Privacy, and Public Disclosure of Private Facts (Doxing).

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

_____
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAX TORRES-MAGGIO,
Plaintiff,

v.

JOSHUA MIGUEL WEST,
KENNDY SMITH-JACKSON,
JONAH SHAMOON,
DESTINY DEXTER,
CABRIA NELSON,
and
SAMAGGIO XANDEN a/k/a KINO PUTIYA,
Defendants.

Case No.: _____

SUMMONS IN A CIVIL ACTION

TO: DESTINY DEXTER
Address: 15536 Florence Hollow Pl, Sun City Center, FL 33573

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —
or 60 days if you are the United States or a United States agency — you must serve on the
plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules
of Civil Procedure.

The answer or motion must be served on the plaintiff:

Max Torres-Maggio
3221 Sabal Palm Manor
Hollywood, FL 33024
Phone: 954-477-2624

If you fail to respond, judgment by default will be entered against you for the relief demanded
in the complaint.

The complaint includes claims for Defamation Per Se, Civil Conspiracy, Intentional Infliction of
Emotional Distress, Misuse of Emergency Services, False Light Invasion of Privacy, and
Public Disclosure of Private Facts (Doxing).

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

_____
Date