

IN THE U.S. District Court for the Southern District of Florida
**Torres-Maggio v. West et al**
Case No.:0:2025cv61734

**Presiding Judge: Honorable Patrick M. Hunt, United States Magistrate Judge.**

## MOTION TO FILE UNDER SEAL

COMES NOW Samaggio Xanden, respectfully requesting that the Court permit the attached **Notice Regarding Plaintiff's IFP Filing** and accompanying materials to be filed under seal. The contents of this Notice include:

- Sensitive personal safety information;

- Reference to a **protective order** currently in place against the Plaintiff;

- Allegations of **harassment and retaliation** that could compromise the security of both parties if made public.

Sealing is requested to protect the privacy and safety of parties involved and comply with applicable court protections.

Respectfully submitted,

*Samaggio Xanden*
Samaggio Xanden
September 5, 2025

PRESS FIRMLY TO SEAL  PRESS FIRMLY TO SEAL

PME
EDISON, NJ 08899
SEP 05, 2025

33128

$31.40

RDC 07   S2324Y501918-2

# PRIORITY MAIL EXPRESS®



ER 247 460 190 US

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

*Sealed*

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (202) 300-5062
Samaggio Xaudini
433 River Rd, Unit 513
Highland Pk, NJ 08904

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

TO: (PLEASE PRINT) PHONE (305) 523-5100
Clerk of Courts
400 North Miami Avenue
Miami, FL 33128

ZIP+4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

◄ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
OF FLA. - MIAMI
SEP 08 2025

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 08899
Date Accepted (MM/DD/YY): 9-5-2025
Time Accepted: 4:22 PM
☐ 1-Day  ☒ 2-Day  ☐ Military  ☐ DPO
Scheduled Delivery Date: 9-9-2025
Scheduled Delivery Time: 6:00 PM
Postage: $31.40
Insurance Fee / COD Fee
Return Receipt Fee / Live Animal Transportation Fee
Weight: Flat Rate
Acceptance Employee Initials
Total Postage & Fees: $31.40

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt / Time / Employee Signature
Delivery Attempt / Time / Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996


PS10001000006
EP13F July 2022
OD: 12 1/2 x 9 1/2


UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; July 2022; All rights reserved.

This package is made from post-consumer waste. Please recycle - again.