# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**Max Louis Torres-Maggio,**
Plaintiff,

v.

**Samaggio Xanden, et al.**
Case No. 0:25-cv-61734



## PLAINTIFF'S MOTION TO AMEND ORDER DIRECTING SERVICE OF PROCESS BY U.S. MARSHALS

Plaintiff, Max Louis Torres-Maggio, appearing pro se, respectfully moves this Court to amend its prior Order directing the United States Marshals Service to serve process on Defendant Samaggio Xanden, and states as follows:

1. On September 2, 2025, this Court entered an Order directing the United States Marshals Service to serve the summons and complaint on Defendant Samaggio Xanden at the address previously provided.

2. Plaintiff has since learned of an additional residential address for Defendant Samaggio Xanden that may be necessary to effectuate proper service of process.

3. In the interest of justice and to ensure proper service, Plaintiff requests that the Court amend its prior Order to direct the United States Marshals Service to attempt service at the following additional address:

   433 River Rd, Unit #313
   Highland Park, NJ 08904

WHEREFORE, Plaintiff respectfully requests that the Court amend its Order to include the additional address for service of Defendant Samaggio Xanden, and direct the United States Marshals Service to attempt service at that location, along with any other relief this Court deems just and proper.

Dated: September 12, 2025

Respectfully submitted,

Max Louis Torres-Maggio
Pro Se Plaintiff