**Re: DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**
**Filed by:** Samaggio Xanden
**Case Title:** *Torres-Maggio v West et al*
**Case No.:** 0:2025cv61734
**Court:** U.S. District Court – Southern District of Florida
**Date of Mailing:** September 19, 2025

FILED BY _____ D.C

SEP 2 3 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## Evidence Sheet A

The plaintiff is known as @airierthanmax on X platform.
Pages like @locabarbiie, @miroslavaminaj_ are created by Plaintiff to disseminate information on his behalf.

**Plaintiff is well known as @arierthanmax on X platform. This is a well known fact as Defendant has communicated directly with the account in the past.**

**These are copies of direct tweets from the Plaintiff's account. I would ask that the court instruct the Plaintiff to preserve the original data and that the act of deleting this data after becoming aware that it is being used by the Defendant as evidence should be deemed "spoliation of evidence." It is the legal duty of all parties to preserve the original data and evidence. Deleting after this point is a deliberate act of interference with potential legal preceding, which should carry penalties.**



playing with me always comes at a high cost



6:58                                      LTE **4**

← **Post**                                    •••



M☆X ✓

**X**.com

Dear Kinetics & their sympathizers,
Since so many of you love to lie on me with no
receipts, let's talk about how the TRUTH is
PUBLIC RECORD.
Any search engine will show you:
[MY NAME] v [YOUR NAME]
Angels, you're next.
Stay blessed, x.

**1.2K** Views



Barbie 🌀 🎀

Oh my god it's 3am devils hour I just woke up
and saw this and a special message from a
special someone. THE GAGGERY!!!!!!!!!!!!!!!!!!!!

8:52     LTE

← M☆X
16K posts

Follow

Replies

**Plaintiff:**
Max Torres-Maggio

**Defendant:**
Samaggio Xanden, Joshua Miguel West,
Kennedy Smith-Jackson, Jonah Shamoon,
Destiny Dexter, Cabria Nelson and Kino Putiya

**Case Number:**
0:2025cv61734

**Filed:**
August 28, 2025

Show more replies

**Shady Minaj**
**Right, but how do you track them down if
you win???**

**Thats got to be hard**



12:28

← **Space** ⋯

 
**WHAT-**

## Probable spam


**Rape Papa Bear**
See you in court


**Rape Papa Bear**
Destiny's niece is next


**Rape Papa Bear**
I'm going to get your niece Destiny


**Rape Papa Bear**
Destiny your niece is next


**Rape Papa Bear**

12:50



Sarryah Minaj 🎭 | THE CRYING G...

🎭 Parody account

Oh my God



Rape Papa Bear

@RapePapaBear

𝕏.com

We are getting those criminals like Marajesty, Destiny, Cabria, and Samaggio lock up in prison. Justice for Max

**14** Views



Sarryah Minaj 🎭 | THE CRYING G...

🎭 Parody account

Don't reply to me you are disgusting

**12:51**

Kape Papa Bear

@RapePapaBear

Joined · September 2025

**3** Following   **0** Followers

**Posts**   Replies   Videos   Photos



**Rape Papa Bear** @RapePapaBear
Justice for Max Maggio. Stop the
lies on Max Maggio



**Rape Papa Bear**
Justice for Max Maggio



**Rape Papa Bear**
@RapePapaBear


X.com

Max @AIRIERTHANMAX is working with us
to get those people in his lawsuit in federal
prison. We are getting justice for Max 😊

**10** Views



12:51

**Post**  ⋯

**Rape Papa Bear**

X.com

We are going to get justice for @AIRIERTHANMAX he works and supports our page. We are going to make sure Destiny, Samaggio, Marajesty, Cabria, and Kennedy are all locked up in federal prison.

**8** Views



9:16  .ıl LTE

← **Post** ⋯

 ♥ 🎀 𝔐𝔦𝔯𝔬𝔰𝔩𝔞𝔳𝔞 𝔐𝔦𝔫𝔞𝔧
🎀 Parody account

**Yeah it was exposed like right when sammagio deleted the kino alias account but people already knew it was him, he kind of exposed himself plus if you look at the court papers, the fed's already confirmed that he was that alias they wouldn't put names on a court document**

 ♥ 🎀 𝔐𝔦𝔯𝔬𝔰𝔩𝔞𝔳𝔞 𝔐𝔦𝔫𝔞𝔧
🎀 Parody account

**That aren't true. So I'm going to assume when the lawsuit was filed, they did their investigation on these people's accounts. And tied everything together**



8:53                    LTE

← **Post**                    ...

sLEEZEminaj
**you can use aliases in lawsuits**

Shady Minaj
**Right, but how do you track them down if you win???**

**Thats got to be hard**

M☆X                    𝕏.com

**well, the person behind the alias is also listed.**

**12**

Shady Minaj



**Barbie** 🍭🔍🎀

X.com

It was FILED with the correct spelling, The courts corrected it thinking it was wrong because it is spelt retarded no shade 😂

Hope this helps 🫠 Good luck in court, BRING all the receipts that you DIDNT bring to spaces or the timeline it's your time to shine.

---

Case 0:25-cv-61734-PMH   Document 1   Entered on FLSD Docket 08/28/2025   Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAX TORRES-MAGGIO,
Plaintiff,

v.

JOSHUA MIGUEL WEST,
KENNDY SMITH-JACKSON,
JONAH SHAMOON,
DESTINY DEXTER,
CABRIA NELSON,
and
SAMAGGIO XANDEN a/k/a KINO PUTIYA,
Defendants.

FILED BY _____ D.C.

AUG 2 8 2025

ANGELA E. NOBLE
CLERK U S DIST CT.
S D OF FLA - FT LAUD

Case No.: _____

COMPLAINT FOR DEFAMATION PER SE, CIVIL CONSPIRACY, INTENTIONAL
INFLICTION OF EMOTIONAL DISTRESS, MISUSE OF EMERGENCY SERVICES, FALSE
LIGHT INVASION OF PRIVACY, AND PUBLIC DISCLOSURE OF PRIVATE FACTS
(DOXING)



4:16   .ıl 🤚 ▮19

Nicki reelz ✓
NickiReelz

X.com

Y'all better quit messing with Max. Shits about to get real for you. KNOCK KNOCK

5:00   ∴ 🤚 🔋

☰ JUSTIA

**Torres-Maggio v. West et al**

**Plaintiff:**
Max Torres-Maggio

**Defendant:**

**Case Number:**
0:2025cv61734

**Filed:**
August 28, 2025

**Court:**
U.S. District Court for the Southern District of Florida

**Presiding Judge:**
Patrick M Hunt

4:16    �ll 🛜 19

 sL E E z E *minaj* ✅

X.com

why remove the defendant? it's public record, expose that heaux

**212** Views

 Nicki reelz ✅

I'll let them have the surprise when they go google the case up. 😎



GIF

4:16                                         ◦ll  📶  ▌19

←          **Post**          •••

**why remove the defendant? it's public
record, expose that heaux**

5:27 PM · 9/6/25 · **212** Views

Nicki reelz ✓  @NickiReelz_41
🎭 Parody account

**I'll let them have the surprise when they go
google the case up.** 🤣

GIF



4:53

Post   •••

M☆X ✔
@AIRIERTHANMAX

X.com

## you are getting sued

462 Views

## Discover more

M☆X ✔ @AIRIERTHANMAX 16h

it's the way I'm in this video 😭 this
performance was so fun to watch live

Armon Wiggins ✔

#NickiMinaj GETCHO AZZ UP! I AM NOT
PAYING FOR THIS!!! @NICKIMINAJ



sᴸᴱᴱᶻᴱ*minaj* ☑

voice boxes getting sued as predicted 💀

# Torres-Maggio v. West et al

**Plaintiff:**
Max Torres-Maggio

**Defendant:**
Samaggio Xanden, Joshua Miguel West,
Kennedy Smith-Jackson, Jonah Shamoon,
Destiny Dexter, Cabria Nelson and Kino Putiya

**Case Number:**
0:2025cv61734

**Filed:**
August 28, 2025

M☆X ☑

the way she's a self proclaimed "wig ifluecer"







12:51

## Post

Rape Papa Bear

X.com

We are going to get justice for @AIRIERTHANMAX he works and supports our page. We are going to make sure Destiny, Samaggio, Marajesty, Cabria, and Kennedy are all locked up in federal prison.

8 Views



ORIGIN ID:ZRPA  (212) 300-5062
SAMAGGIO XANDEN

433 RIVER RD. APT 1313

HIGHLAND PARK, NJ 08904
UNITED STATES US

SHIP DATE: 22SEP25
ACTWGT: 1.95 LB
CAD: 6570683/RQSA2650

TO
**CLERKS OF COURTS**
**400 N MIAMI AVE**

**MIAMI FL 33128**

(305) 523-6100
INV:                    REF:
PO:                     DEPT:

FedEx
Express

E

TRK# 8845 4456 5292

TUE – 23 SEP 8:00A
FIRST OVERNIGHT

X1 MPBA

33128
MIA
FL-US

FedEx
Express

FO

FedEx First Overnight®

151969 REV 3/21