1

**Re: DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**
**Filed by:** Samaggio Xanden
**Case Title:** *Torres-Maggio v West et al*
**Case No.:** 0:2025cv61734
**Court:** U.S. District Court – Southern District of Florida
**Date of Mailing:** September 19, 2025

FILED BY ___ D.C.

SEP 23 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# EVIDENCE SHEET D

**Plaintiff is well known as @arierthanmax on X platform. This is a well known fact as Defendant has communicated directly with the account in the past.**

**These are copies of direct tweets from the Plaintiff's account. I would ask that the court instruct the Plaintiff to preserve the original data and that the act of deleting this data after becoming aware that it is being used by the Defendant as evidence should be deemed "spoliation of evidence." It is the legal duty of all parties to preserve the original data and evidence. Deleting after this point is a deliberate act of interference with potential legal preceding, which should carry penalties.**





4:39

← **Post** ···

M☆X ✓

X.com

that's why Samaggio is getting sued for defamation too.
he's a total fraud.
He is getting sued by Cardi B music engineer
by the way.

212

11:21

Post

X.com

**Not KINO aka @Samaggio_X getting hit with a lawsuit by Joseph Colmenero the engineer for invasion of privacy I wonder why and how he has contact with these people HMM..**



AI Overview

Joseph Colmenero is a recording and mixing engineer who has worked with Cardi B. He has worked on her debut album, including the song "She Bad". He is also credited with engineering vocals for "Bodak Yellow", according to a Sound on Sound article. Colmenero has worked with other artists, such as Lil Yachty and J Balvin. He is also involved with The Cutting Room Studios, according to THE CUTTING ROOM STUDIOS.



**2.5K** Views

6:04



Post

DaShawn P (Shawn Li da Poi... ✔   𝕏.com

Samaggio Antwi Xanden, a grown man behind the @/Kinoputiya handle—where he embodies a spiritual female persona—was a key figure in fracturing this fanbase, regardless of the "spiritual content" he posted.

Sidenote: He's currently facing a lawsuit in Middlesex, New Jersey, from a music industry engineering company. we.tl/t-88XAJwj7kP

In 2025, many of us, including me, were targeted—either directly by Samaggio/Kino or through his prodigy crew of mini mes—with efforts to manipulate or "buy" our loyalty. I've been close with some of these Barbz for what feels like an eternity, and they're as real as it gets.

Barbz for what feels like an eternity, and they're as real as it gets.

The chaos he caused, whether on purpose or not, was completely avoidable and brought way, way, WAY too much drama to our community.
If you know, you know.



GIF ALT

G.C. Resident 🐀 @OniksOOR · 8/20/25

Kino was one of the main sources of the division in this fanbase, regardless of what was said on that page. x.com/lliyahbarbie/s...

5.6K



**8:21**

← **Post** ···

M☆X ✓
@AIRIERTHANMAX

X.com

When I take Kenn & Cabria to court and sue them for defamation like Tameer did & WIN, only THEN will you people learn your lesson.

The FBI already cleared my name in regard to every fabricated claim you've made about me, especially being behind these accounts impersonating Barbz.
They have been provided with the evidence and are looking into YOU now.
You are doing Kino's dirty work for him being advised via Kino Mail. A man who never even followed you off the kino page.
All of this for what? Every time I have wanted to say anything to anyone I have done it from MY pages. @AIRIERTHANMAX
@canyoublameher & @onespliff.
I've never denied that.
Y'all really think I'd go as far as to make a fake page just to waste energy on you?
You keep inserting yourself in something that HAD nothing to do with you at first. I never cared for the body of the snake just the head.
Now there is an active federal investigation

**8:21**

followed you off the kino page.
All of this for what? Every time I have wanted to say anything to anyone I have done it from MY pages. @AIRIERTHANMAX
@canyoublameher & @onespliff.
I've never denied that.
Y'all really think I'd go as far as to make a fake page just to waste energy on you?
You keep inserting yourself in something that HAD nothing to do with you at first. I never cared for the body of the snake just the head.
Now there is an active federal investigation ON YOU KENN. ALL OF YOU.
I am advising you right now to leave me alone and recant your LIES about me, otherwise I will see you in court.



**21K**



6:58                                        LTE 🔋

←            **Post**            •••



M☆X ✔                                       𝕏.com

**Dear Kinetics & their sympathizers,**
**Since so many of you love to lie on me with no**
**receipts, let's talk about how the TRUTH is**
**PUBLIC RECORD.**
**Any search engine will show you:**
**[MY NAME] v [YOUR NAME]**
**Angels, you're next.**
**Stay blessed, x.**

**1.2K**

---



**Barbie** 🌀 🎀
**Oh my god it's 3am devils hour I just woke up**
**and saw this and a special message from a**
**special someone. THE GAGGERY‼️‼️‼️‼️‼️**



8:52                                    LTE

← M☆X                            **Follow**
   16K posts

**Replies**

**Plaintiff:**
Max Torres-Maggio

**Defendant:**
Samaggio Xanden, Joshua Miguel West,
Kennedy Smith-Jackson, Jonah Shamoon,
Destiny Dexter, Cabria Nelson and Kino Putiya

**Case Number:**
0:2025cv61734

**Filed:**
August 28, 2025

Show more replies

**Shady Minaj**
**Right, but how do you track them down if
you win???**

**Thats got to be hard**

**M☆X** 🔵
**well, the person behind the alias is also
listed.**





**12:50**


Sarryah Minaj 🐾| THE CRYING G...

Parody account

**Oh my God**


**Rape Papa Bear**

RapePapaBear

.com

## We are getting those criminals like Marajesty, Destiny, Cabria, and Samaggio lock up in prison. Justice for Max

**14**

Sarryah Minaj 🐾| THE CRYING G...

Parody account

**Don't reply to me you are disgusting**

**12:51**



Rape Papa Bear

@RapePapaBear

Joined September 2025

**3** Following   **0** Followers

**Posts**   Replies   Videos   Photos



**Rape Papa Bear**
**Justice for Max Maggio. Stop the**
**lies on Max Maggio**



**Rape Papa Bear**
**Justice for Max Maggio**



**Rape Papa Bear**
@RapePapaBear

𝕏.com

**Max @AIRIERTHANMAX is working with us**
**to get those people in his lawsuit in federal**
**prison. We are getting justice for Max** 😊

**10** views

12:51

## Post



**Rape Papa Bear**

X.com

**We are going to get justice for @AIRIERTHANMAX he works and supports our page. We are going to make sure Destiny, Samaggio, Marajesty, Cabria, and Kennedy are all locked up in federal prison.**

9/9/25   **8** Views





9:16      .ı LTE 

←      **Post**      •••

 ♥ 🎀 𝔐𝔦𝔯𝔬𝔰𝔩𝔞𝔳𝔞 𝔐𝔦𝔫𝔞𝔧

**Yeah it was exposed like right when sammagio deleted the kino alias account but people already knew it was him, he kind of exposed himself plus if you look at the court papers, the fed's already confirmed that he was that alias they wouldn't put names on a court document**

 ♥ 🎀 𝔐𝔦𝔯𝔬𝔰𝔩𝔞𝔳𝔞 𝔐𝔦𝔫𝔞𝔧

**That aren't true. So I'm going to assume when the lawsuit was filed, they did their investigation on these people's accounts. And tied everything together**

8:53     .ıl LTE

←     **Post**     •••

 sL E E z E *minaj* ⊙ @sleezeSTAN...46

**you can use aliases in lawsuits**

 **Shady Minaj** @Shady_lady·1h

**Right, but how do you track them down if you win???**

**Thats got to be hard**

 **M☆X** ⊙
@AIRIERTHANMAX

𝕏.com

## well, the person behind the alias is also listed.

**12** Views

 **Shady Minaj** @Shady_lady·2m





4:16                                    ᵁᴵ  ᑦ  19

 sᴸᴱᴱ�zᴱ*minaj* ✓                    

**why remove the defendant? it's public record, expose that heaux**

**212** views

 Nicki reelz ✓

I'll let them have the surprise when they go google the case up. 🤪



GIF

**4:16**

← **Post** ...

wny remove tne aerenaant? It's public record, expose that heaux

212 Views



Nicki reelz 🔵 @NickiReelz...
🎭 Parody account

**I'll let them have the surprise when they go google the case up.** 🤣



GIF



4:53

Post

B.chi- 🍭 reposted

M☆X ✓
@AIRIERTHANMAX

X.com

you are getting sued

18  9/6/95   462 Views

Discover more

M☆X ✓ @AIRIERTHANMAX · 10m
it's the way I'm in this video 😭 this
performance was so fun to watch live

🎧 Armon Wiggins ✓

#NickiMinaj GETCHO AZZ UP! I AM NOT
PAYING FOR THIS!!! @NICKIMINAJ

 s L E E Z E *minaj* 

voice boxes getting sued as predicted 💀

## Torres-Maggio v. West et al

**Plaintiff:**
Max Torres-Maggio

**Defendant:**
Samaggio Xanden, Joshua Miguel West,
Kennedy Smith-Jackson, Jonah Shamoon,
Destiny Dexter, Cabria Nelson and Kino Putiya

**Case Number:**
0:2025cv61734

**Filed:**
August 28, 2025

 M☆X

the way she's a self proclaimed "wig ifluecer"







12:51

**Post**

**Rape Papa Bear**

X.com

**We are going to get justice for @AIRIERTHANMAX he works and supports our page. We are going to make sure Destiny, Samaggio, Marajesty, Cabria, and Kennedy are all locked up in federal prison.**

**8** Views