**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**



FILED BY___CWC___D.C.

OCT 0 2 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Case No.: 0:25-cv-61734

MAX LOUIS TORRES-MAGGIO,
Plaintiff,

SAMAGGIO XANDEN, et al.,
Defendants.

# PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF STATE COURT ORDER OF DISMISSAL

## INTRODUCTION

Pursuant to Federal Rule of Evidence 201, Plaintiff MAX LOUIS TORRES-MAGGIO respectfully moves this Court to take judicial notice of a final Order of Dismissal entered by the Superior Court of New Jersey, Chancery Division – Family Part, Middlesex County, in Xanden Samaggio v. Max Maggio, Docket No. FV-12-313-26, on October 1, 2025.

## BACKGROUND

1. On August 11, 2025, Defendant Samaggio Xanden obtained a Temporary Protective Order ("TPO") ex parte in New Jersey against Plaintiff.
2. After service and proceedings, a Final Hearing was held on October 1, 2025 before the Honorable Gerald Council, J.S.C.
3. At that hearing, the Court expressly ruled that "Plaintiff's allegations have not been substantiated at the Final Hearing."
4. Accordingly, the Court dismissed the Complaint in its entirety and vacated the TPO. A true and correct copy of the Order of Dismissal is attached hereto as Exhibit A.

## ARGUMENT

Federal Rule of Evidence 201(b) permits judicial notice of adjudicative facts that are "not subject to reasonable dispute" because they are either:
- (1) generally known within the jurisdiction, or
- (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Courts routinely take judicial notice of state court orders and filings as matters of public record. See, e.g., United States v. Jones, 29 F.3d 1549, 1553 (11th Cir. 1994).

Here, the Order of Dismissal is a public record of a state court proceeding, certified and verifiable. Its existence and outcome are not subject to reasonable dispute. Judicial notice is therefore proper.

**RELIEF REQUESTED**

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. Take judicial notice of the Order of Dismissal entered October 1, 2025, in Xanden Samaggio v. Max Maggio, Docket No. FV-12-313-26 (N.J. Super. Ct. Fam. Div., Middlesex Cty.); and
2. Recognize that said Order conclusively vacated the TPO and dismissed all allegations against Plaintiff.

Respectfully submitted,

Max Louis Torres-Maggio
Pro Se Plaintiff