# EXHIBIT A

## Order of Dismissal

Superior Court of New Jersey

Chancery Division – Family Part

Middlesex County

Docket No. FV-12-313-26

Entered October 1, 2025

**FILED**

OCT 01 2025

GERALD J. COUNCIL, J.S.C.

XANDEN SAMAGGIO E

_____

Plaintiff

_____
Plaintiff: Parent/Guardian

vs.

MAGGIO MAX
_____

Defendant

Superior Court of New Jersey
Chancery Division - Family Part
Middlesex         County

Docket Number: FV – 12-313-26

**Victim's Assistance and Survivor Protection Act**
**Order of Dismissal**

**The Court** having considered the testimony and/or certification at this hearing and the Court having determined that:

☐ 1.  The Plaintiff having withdrawn their complaint;

☐ 2.  The Plaintiff having signed a Temporary Protective Order complaint and fails to appear at the hearing;

☐ 3.  The Plaintiff having requested dismissal of the matter; and the Court finds that the Plaintiff is not under coercion or duress, and the Court finds that Plaintiff understands:

- That withdrawal of the complaint and dismissal of the Protective Order will **eliminate** the protection that had been issued under this Order;

- That such withdrawal **is without prejudice** and if they need protection in the future, they may apply for a new Protective Order;

- That if criminal charges were filed by the Plaintiff or the police, dismissal of the Protective Order does not dismiss the criminal charges.

☐ 4.  The Plaintiff failing to appear for the Final Hearing; and

   ☐ The Court having been unable to contact the Plaintiff via telephone numbers/address given; OR

   ☐ The Court having determined that Plaintiff was contacted, and that coercion or duress did not cause the Plaintiff's non-appearance;

☒ 5.  The Plaintiff's allegations have not been substantiated at the Final Hearing.

☐ 6.  The Defendant's request for dismissal of the Final Protective Order is granted as set forth on the record.

☐ 7.  The party ☐ Plaintiff / ☐ Defendant is deceased.

Form Effective: 01/01/2024, CN: 13150 (VASPA DO)                                                                                                          page 1 of 2

| Victim's Assistance and Survivor Protection Act Dismissal Order | Docket Number: FV- |
|---|---|

**It is hereby Ordered** on this 1st day of October, 2025, that the Complaint, dated 8/11/2025 is **Dismissed** and the ☒ **Temporary Protective Order**   OR   ☐ **Final Protective Order**   dated _____ is vacated.

10/1/25                                s/ _____
Date                                             GERALD J. COUNCIL, J.S.C.          J.S.C.

## Return of Service

☐ **Defendant** was given a copy of the Order by:

Time and Date                    Signature

                                 Print Name

☒ **Plaintiff /**  ☐ **Parent/Guardian** (if applicable) was given a copy of the Order by:

12pm 10/1/25
Time and Date                    Signature
                                 Officer S Sabo #242
                                 Print Name